THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
ALYSSA GORDON                          *
                                       *
              Plaintiff,               *
                                       *   CIVIL ACTION _____
                                       *
vs.                                    *
                                       *   SUPERIOR COURT NO. 06-0003987
ELI LILLY AND COMPANY                  *
                                       *
              Defendant.               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 8, 2006

Respectfully submitted,

_(signature)_
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, N.W., Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

131377v1

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

131377v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June, 2006, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

>Aaron M. Levine
>Aaron Levine & Associates
>1320 19th St., N.W., Suite 500
>Washington, D.C. 20036
>
>**Attorney for Plaintiff**

_____
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY