IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALYSSA GORDON,** | ] |
| **Plaintiff,** | ] |
| v. | ] Civil Action No.: 06-1055(RJL) |
| | ] Next Event: |
| **ELI LILLY AND COMPANY,** | ] |
| **Defendant.** | ] |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff ALYSSA GORDON in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Renee L. Robinson-Meyer
RENEE L. ROBINSON-MEYER, #455375
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046