THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALYSSA GORDON,<br>11 Quail Run Road<br>Bellingham, MA 02019<br><br>    Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>    Defendant. | Civil Action No. 06-CV-1055-RJL |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: June 14, 2006

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

131512v1

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 14th day of June, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine  
Aaron Levine & Associates  
1320 19th St., N.W., Suite 500  
Washington, DC 20036

**Attorneys for Plaintiff**

　　　　　　　　　　　　　　　　　　／s／ Michelle R. Mangrum  
　　　　　　　　　　　　　　　　　Michelle R. Mangrum  
　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANT**  
　　　　　　　　　　　　　　　　　**ELI LILLY AND COMPANY**