THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
ALYSSA GORDON,                          *
11 Quail Run Road                       *
Bellingham, MA 02019                    *
                                        *
                                        *
            Plaintiff,                  *
                                        *
    vs.                                 *   Civil Action No. 06-CV-1055-RJL
                                        *
ELI LILLY AND COMPANY,                  *
Lilly Corporate Center                  *
Indianapolis, IN 46285                  *
                                        *
                                        *
            Defendant.                  *
                                        *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### DEFENDANT ELI LILLY AND COMPANY'S
### CERTIFICATE REGARDING SERVICE OF STANDING ORDER

Pursuant to the Court's June 14, 2006, Standing Order issued in the above-captioned matter, the undersigned counsel for Defendant Eli Lilly and Company hereby certifies that a true and accurate copy of the June 14, 2006, Standing Order, attached hereto as Exhibit A, was served upon all counsel of record in this matter on this 14th day of June, 2006.

Respectfully submitted,

 /s/ Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, N.W., Suite 800
Washington, DC 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

131510v1

and

David W. Brooks
Mark C. Hegarty
John F. Kuckelman
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

- 3 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 14th day of June, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, DC 20036

**Attorneys for Plaintiff**

    /s/ Michelle R. Mangrum
Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**