THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
ALYSSA GORDON,                         *
11 Quail Run Road                      *
Bellingham, MA 02019                   *
                                       *
             Plaintiff,                *
                                       *
    vs.                                *    Civil Action No. 06-CV-1055-RJL
                                       *
ELI LILLY AND COMPANY,                 *
Lilly Corporate Center                 *
Indianapolis, IN 46285                 *
                                       *
             Defendant.                *
                                       *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: June 14, 2006

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ John Chadwick Coots
John Chadwick Coots, DC Bar No. 461979
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

131533v1

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 14th day of June, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, DC 20036

**Attorneys for Plaintiff**

/s/ John Chadwick Coots
John Chadwick Coots
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

- 2 -

131533v1