# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALYSSA GORDON, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 06-1055 (RJL) |
| ] | Next Event: |
| ELI LILLY AND COMPANY, ] | |
| ] | |
| Defendant. ] | |

## [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

December 27, 2006:   Deadline for serving discovery requests.

January 26, 2007:   Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

March 27, 2007:   Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

April 27, 2007:   All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

May 28, 2007:   Deadline for filing Dispositive Motions.

July 2007:   Pre-Trial Conference.

*N.B.   In addition, Defendant Lilly proposes August 25, 2006 as the deadline for joinder or amending the pleadings.*

DATED: _____      _____
                                                                            RICHARD J. LEON
                                                                            United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine | /s/ Michelle R. Mangrum(by permission-rm) |
| AARON M. LEVINE, #7864 | MICHELLE R. MANGRUM, #473634 |
| 1320 19th Street, N.W. | 600 14th Street, N.W. |
| Suite 500 | Suite 800 |
| Washington, DC 20036 | Washington, DC  20005-2004 |
| 202/833-8040 | 202-223-1200 |
| Fax: 202-833-8046 | Fax: 202-783-4211 |
| Counsel for Plaintiff | and |
|  | David W. Brooks, Esq. |
|  | Mark C. Hegarty, Esq. |
|  | John F. Kuckelman, Esq. |
|  | Harley V. Ratliff, Esq. |
|  | SHOOK, HARDY & BACON, L.L.P. |
|  | 2555 Grand Boulevard |
|  | Kansas City, MO 64108 |
|  | 816-474-6550 |
|  | Fax: 816-421-5547 |
|  | Counsel for Defendant Eli Lilly and Company |

Dated: July 12, 2006