# Exhibit 1

133997v1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ALYSSA GORDON, | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *   Civil Action No. 06cv01055 (RLJ) |
| | * |
| ELI LILLY AND COMPANY, et al. | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF EMILY J. LAIRD IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S MOTION TO TRANSFER

I, Emily J. Laird, being first sworn on oath, say that the following is true and correct:

1. I am an attorney in the firm of Shook, Hardy & Bacon, LLP, counsel for defendant Eli Lilly and Company ("Lilly") in the above-captioned action.

2. **Attachment A** is a true copy of this Court's decision in *Thompson v. Eli Lilly and Company*, Civil Action No. 03-CV-00122 (D.D.C. June 27, 2003) (Walton, J.).

3. **Attachment B** is a true copy of this Court's decision in *Abramson v. Eli Lilly and Company*, Civil Action NO. 03-CV-2541 (D.D.C. Oct. 25, 2004) (Bates, J.).

Executed on October 30, 2006

*Emily J. Laird*
Emily J. Laird

2098998v1

DISTRICT OF           )
                      )ss.
COLUMBIA              )

On this 30th day of October, 2006, before me, a notary public in and for said state, personally appeared Emily J. Laird, to me personally known, who being duly sworn, acknowledged that she had executed the foregoing instrument for purposes therein mentioned and set forth.

                         *Kay D. Dallosta*
                         NOTARY PUBLIC

My Commission Expires:

_____

KAY D. DALLOSTA
Notary Public, District Of Columbia
My Commission Expires June 14, 2007

- 2 -

2098998v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 30th day of October, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

_____
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

2098998v1