IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALYSSA GORDON, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 06-1055 (RJL) |
| ] | Next Event: Deadline for Discovery Requests |
| ELI LILLY AND COMPANY, ] | on December 27, 2006 |
| ] | |
| Defendant. ] | |

**NOTICE OF NON-OPPOSITION**

COMES NOW the Plaintiff, by and through counsel, and declines to Oppose Defendant Eli Lilly and Company's Motion to transfer this matter to the District of Massachusetts.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC  20036
202-833-8040

Counsel for Plaintiff